IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02572-REB-KLM

LINDA BERG, and
ROBERT BERG

    Plaintiffs,

v.

TARGET CORPORATION, a Minnesota corporation doing business under the assumed name doing business as TARGET STORES,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Withdraw Motion to Hold Witness in Civil Contempt and Request for Order of Sanctions** [Docket No. 5; Filed October 18, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#5] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Unopposed Motion to Hold Witness in Civil Contempt and Request for Order of Sanctions [Docket No. 2; Filed September 27, 2012] is deemed **WITHDRAWN**.

    Dated:  October 22, 2012