**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-02572-REB-KLM

LINDA BERG, and
ROBERT BERG,

    Plaintiffs,

v.

TARGET CORPORATION, a Minnesota corporation doing business under the Assumed name TARGET STORES,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before the court *sua sponte*. This matter commenced on the **Unopposed Motion To Hold Witness in Civil Contemp and Request For Order of Sanctions** [#2][1] filed September 27, 2012. Plaintiff then filed its **Unopposed Motion To Withdraw Motion To Hold Witness in Civil Contempt and Request For Order of Sanctions** [#5] on October 18, 2012. That motion was granted on October 22, 2012. After reviewing the court record, he court has concluded that this action should be administratively closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated October 23, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge